*Harold M. McLaughlin, Samuel S. Holmes,* and *Theodore Schmidt* for respondents.

No. 640. McGregor, Receiver, *v.* Board of Public Utility Commissioners et al. February 12, 1940. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. George W. C. McCarter* for petitioner. *Mr. Frank H. Sommer* for the Board of Public Utility Commissioners; and *Mr. Michael J. Bruder* for Town of Harrison, respondents.

No. 647. Peters *v.* Mutual Life Insurance Co. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. C. H. Welles, 3d,* for petitioner. *Mr. Reese H. Harris* for respondent.

No. 673. John Hancock Mutual Life Insurance Co. *v.* Lampert. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George W. Riley* and *Walter R. Kuhn* for petitioner. *Mr. David Groberg* for respondent.

No. 656. Sova *v.* W–R Company (formerly Wilcox-Rich, Corporation). February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit; and motion for leave to proceed further *in forma pauperis,* denied. *Alfred L. Sova, pro se. Mr. Arthur W. Dickey* for respondent.